ORDERED.

Dated: June 22, 2018

Arthur B. Briskman
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  
                                        Case No: 6:18-bk-02137-ABB  
                                        Chapter 13

RAHEEM PONTIFLET,

    Debtor.
_____/

## ORDER GRANTING MOTION TO APPROVE WAGE DEDUCTION

This matter came on for consideration on the Debtor's Motion for Wage Deduction (the "Motion") (Doc. No. 20). The Debtor has voluntarily filed a petition and plan under Chapter 13 of the United States Bankruptcy Code seeking to pay, in whole or part, certain debts under the protection of this Court. These debts are to be paid by the Chapter 13 Trustee from the Debtor employee's future earnings. The Debtor is employed at:

    **Orange County Board of County Commissioners**  
    **PO BOX 38, Orlando, FL 32802**

(the "Employer"). Because it is public policy that the Employer assist in the rehabilitation of the Debtor to avoid a Chapter 7 liquidation and because the Court finds that it is appropriate to assure that the future earnings designated to pay these debts are not used for other purposes, it is

    **ORDERED:**

        1.     The Motion (Doc. No. 20) is GRANTED.

2. The Employer shall immediately begin to withhold from the wages, salary, commission, or other earnings or income of the Debtor in the amount of $750.00 per pay period, and to remit same to the Trustee no less frequently than once each month (until ordered otherwise by this Court.)

3. Under this Wage Deduction Order, Employer will not deduct any funds from Debtor's third monthly pay period for months having more than two pay periods.

4. This order is not a wage garnishment.

5. The Employer is enjoined and restrained from discharging, terminating, suspending, or discriminating against the Debtor on account of the filing of this Chapter 13 case or this wage-deduction order.

6. If a summons of garnishment concerning the Debtor has been served on the Employer, this Chapter 13 case automatically enjoins and stays the proceeding pursuant to 11 U.S.C. §362(a); and the Employer is enjoined and stayed from making any further deductions from the Debtor's earnings on account of the garnishment and is ordered to remit immediately to the Trustee any sums already deducted and not yet paid over the garnishment court.

7. This order supersedes any previous order of garnishment or other order issued with respect to the Debtor's wages.

8. The Employer is to mail all remittances with the Debtor's name: RAHEEM PONTIFLET and case number: 6:18-bk-02137-ABB on the front of the check to: Laurie K. Weatherford, Chapter 13 Trustee, P. O. Box 1103, Memphis, TN 38101-1103; Telephone: (407) 648-8841.

Attorney Jeffrey S. Badgley is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.