**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:

Chapter 13
Case No.: 6:18-bk-02137-ABB

RAHEEM PONTIFLET,

    Debtor.

_____/

**NOTICE OF WITHDRAWAL OF**
**MOTION TO CONFIRM NO STAY IS IN EFFECT**

    **BSI FINANCIAL SERVICES, AS SERVICING AGENT FOR HMC ASSETS, LLC**

**SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE OF CAM XIV TRUST**, ("Secured

Creditor") by and through undersigned counsel, hereby files its Notice of Withdrawal of Motion

to Confirm No Stay is in Effect [D.E. 18] filed May 24, 2018.

**Dated this 20th day of July, 2018.**

                      Respectfully submitted,

                      **GHIDOTTI | BERGER, LLP**
                      *Attorneys for Secured Creditor*
                      3050 Biscayne Blvd. - Suite 402
                      Miami, Florida 33137
                      Telephone: (305) 501.2808
                      Facsimile: (954) 780.5578

                      By:   /s/ Chase A. Berger
                            Chase A. Berger, Esq.
                            Florida Bar No. 083794
                            cberger@ghidottiberger.com

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By:_____/s/ Chase A. Berger_____
Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 20, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

| | |
|---|---|
| *Debtor* | *Debtor's Counsel* |
| **Raheem Pontiflet** | **Jeffrey S. Badgley, Esq.** |
| 3756 Dartford Drive | 801 N. Magnolia Avenue - Suite 107 |
| Davenport, FL 33837 | Orlando, FL 32803 |
| | |
| *Trustee* | *U.S. Trustee* |
| **Laurie K Weatherford** | **United States Trustee - ORL7/13, 7** |
| Post Office Box 3450 | Office of the United States Trustee |
| Winter Park, FL 32790 | George C Young Federal Building |
| | 400 West Washington Street, Suite 1100 |
| | Orlando, FL 32801 |

By:_____/s/ Chase A. Berger_____
Chase A. Berger, Esq.